

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2015

No. 04-14-00342-CV

Richard A. **RODRIGUEZ**,
Appellant

v.

**JPMORGAN CHASE BANK, N.A.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-12923
Honorable Dick Alcala, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Jason Pulliam, Justice


The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.


_____
Jason Pulliam, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2015.


_____
Keith E. Hottle
Clerk of Court